TOM PETRUS & MILLER LLLC
MICHAEL L. FREED          1450
Finance Factors Center
1164 Bishop Street, Suite 650
Honolulu, HI 96813
Tel. (808) 792-5804/Fax (808) 792-5809
Email: Mfreed@tpm-hawaii.com

McALPINE & COZAD
MICHAEL L. MCALPINE
701 S. Peters Street, Suite 300
New Orleans, LA 70130
Tel. (504) 561-0323/Fax (504) 528-9442
Email: FJones@mpc-law.com
Attorneys for Plaintiff Marisco, Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MARISCO, LTD., a Hawai'i corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>F/V MADEE, UNITED STATES COAST GUARD DOCUMENT NO. D546488, *IN REM*, et al.,<br><br>    Defendants. | CIVIL NOS. 02-00093 ER-LEK<br>              02-00272 ER-LEK<br>(CONSOLIDATED CASES)<br><br>MARISCO, LTD.'S AMENDED NOTICE OF APPEAL; EXHIBIT A; CERTIFICATE OF SERVICE<br><br><br><br>BENCH TRIAL: JULY 6, 2005<br>JUDGE: HON. EDWARD RAFEEDIE |

| | |
|---|---|
| INTERNATIONAL SPECIALTY, INC. AS AUTHORIZED AGENTS FOR NATIONAL CASUALTY CO., <br><br>    Plaintiff, <br><br>    vs. <br><br>MARISCO, LTD., <br><br>    Defendant. | |
| MARISCO, LTD., a Hawaii corporation, <br><br>    Third-Party Plaintiff, <br><br>    vs. <br><br>KIRIBATI SEAFOOD CO. L.L.C., a foreign corporation, <br><br>    Third-Party Defendant. | |

## MARISCO, LTD.'S AMENDED NOTICE OF APPEAL

Pursuant to *Fed. R. App. P.* 3 and 4, Marisco, Ltd. hereby gives its amended notice of appeal to the United States Court of Appeals for the Ninth Circuit from the judgment entered in this consolidated action on July 8, 2005, namely the judgment entered with respect to Civil No. 02-00272 ER-LEK. A copy of the judgment from which this appeal is taken is attached hereto as Exhibit A.

Dated: Honolulu, Hawaii, March 6, 2006.

_RBML_
for MICHAEL L. FREED
MICHAEL L. MCALPINE

Attorneys for Plaintiff Marisco, Ltd.