IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MARISCO, LTD., a Hawai'i corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>F/V MADEE, UNITED STATES COAST GUARD DOCUMENT NO. D546488, *IN REM*, et al.,<br><br>    Defendants. | CIVIL NOS. 02-00093 ER-LEK<br>         02-00272 ER-LEK<br>(CONSOLIDATED CASES)<br><br>CERTIFICATE OF SERVICE |
| INTERNATIONAL SPECIALTY, INC. AS AUTHORIZED AGENTS FOR NATIONAL CASUALTY CO.,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARISCO, LTD.,<br><br>    Defendant. | |

| |
|---|
| MARISCO, LTD., a Hawaii corporation, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> KIRIBATI SEAFOOD CO. L.L.C., a foreign corporation, <br><br> Third-Party Defendant. |

## CERTIFICATE OF SERVICE

I declare that two (2) true and correct copies of the above-attached document were duly served on the date and by the method noted below on:

DENNIS M. MORAN, ESQ.
5608 17th Avenue NW
Seattle, WA 98107
Attorney for Kiribati Seafood Co., LLC and for
International Speciality, Inc.
[U.S. MAIL - POSTAGE PREPAID]

Dated: Honolulu, Hawaii, March 6, 2006.

_____
MICHAEL L. FREED
MICHAEL L. MCALPINE

Attorneys for Plaintiff Marisco, Ltd.