TOM PETRUS & MILLER LLLC
MICHAEL L. FREED            1450
RICHARD B. MILLER           3729
Finance Factors Center
1164 Bishop Street, Suite 650
Honolulu, HI 96813
Tel. (808) 792-5804/Fax (808) 792-5809
Email: Mfreed@tpm-hawaii.com

McALPINE & COZAD
MICHAEL L. MCALPINE
701 S. Peters Street, Suite 300
New Orleans, LA 70130
Tel. (504) 561-0323/Fax (504) 528-9442
Email: FJones@mpc-law.com
Attorneys for Plaintiff Marisco, Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MARISCO, LTD., a Hawai'i corporation,<br><br>Plaintiff,<br><br>vs.<br><br>F/V MADEE, UNITED STATES COAST GUARD DOCUMENT NO. D546488, *IN REM*, et al.,<br><br>Defendants. | CIVIL NOS. 02-00093 ER-LEK<br>02-00272 ER-LEK<br>(CONSOLIDATED CASES)<br><br>**MARISCO, LTD.'S STATEMENT OF NO OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/COUNTER-CLAIMANT/THIRD-PARTY DEFENDANT KIRIBATI SEAFOOD CO., LLC AND PLAINTIFF INTERNATIONAL SPECIALTY, INC., AND NOTICE OF NON-APPEARANCE AT HEARING; CERTIFICATE OF SERVICE**<br><br>HEARING DATE: MARCH 29, 2006<br>TIME: 9:00 A.M.<br>JUDGE: LESLIE E. KOBAYASHI |

| |
|---|
| INTERNATIONAL SPECIALTY, INC. AS AUTHORIZED AGENTS FOR NATIONAL CASUALTY CO., <br><br> Plaintiff, <br><br> vs. <br><br> MARISCO, LTD., <br><br> Defendant. |
| MARISCO, LTD., a Hawaii corporation, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> KIRIBATI SEAFOOD CO. L.L.C., a foreign corporation, <br><br> Third-Party Defendant. |

**MARISCO, LTD.'S STATEMENT OF NO OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/COUNTER-CLAIMANT/THIRD-PARTY DEFENDANT KIRIBATI SEAFOOD CO., LLC AND PLAINTIFF INTERNATIONAL SPECIALTY, INC., AND NOTICE OF NON-APPEARANCE AT HEARING**

Marisco, Ltd. does not oppose Goodsill Anderson Quinn & Stifel's Motion to Withdraw as Counsel for Defendant/Counter-claimant/Third-party Defendant Kiribati Seafood Co., LLC and Plaintiff International Specialty, Inc. filed herein on March 8, 2006.

Marisco, Ltd. further gives notice that it will not be appearing at the March 29, 2006 hearing scheduled on the above-referenced motion.

Dated: Honolulu, Hawaii, March 9, 2006.

/s/ Richard B. Miller
MICHAEL L. FREED
RICHARD B. MILLER
MICHAEL L. MCALPINE

Attorneys for Plaintiff Marisco, Ltd.