IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MARISCO, LTD., a Hawai'i corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>F/V MADEE, UNITED STATES COAST GUARD DOCUMENT NO. D546488, *IN REM*, et al.,<br><br>    Defendants. | CIVIL NOS. 02-00093 ER-LEK<br>               02-00272 ER-LEK<br>(CONSOLIDATED CASES)<br><br>**CERTIFICATE OF SERVICE** |
| INTERNATIONAL SPECIALTY, INC. AS AUTHORIZED AGENTS FOR NATIONAL CASUALTY CO.,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARISCO, LTD.,<br><br>    Defendant. | |
| MARISCO, LTD., a Hawaii corporation,<br><br>    Third-Party Plaintiff,<br><br>    vs.<br><br>KIRIBATI SEAFOOD CO. L.L.C., a foreign corporation,<br><br>    Third-Party Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses::

Served Electronically through CM/ECF:

| | |
|---|---|
| JOHN R. LACY, ESQ.   Jlacy@goodsill.com<br>EMILY REBER PORTER, ESQ.   Eporter@goodsill.com<br>1099 Alakea Street, Suite 1800<br>Honolulu, Hawaii 96813<br>Attorneys for Kiribati Seafood Co., LLC and for International Speciality, Inc. | March 9, 2006 |

Served by First Class Mail:

| | |
|---|---|
| DENNIS M. MORAN, ESQ.   Dennism@mww.com<br>5608 17th Avenue NW<br>Seattle, WA 98107<br>Attorneys for Kiribati Seafood Co., LLC and for International Speciality, Inc. | March 9, 2006 |

Dated: Honolulu, Hawaii, March 9, 2006

/s/   Richard B. Miller
MICHAEL L. FREED
RICHARD B. MILLER
MICHAEL L. MCALPINE

Attorneys for Plaintiff Marisco, Ltd.

2