UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 25 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| INTERNATIONAL SEPCIALTY, INC., As Authorized Agents for National Casualty Co., | No. 05-16700 |
| Plaintiff - Appellant | D.C. No. CV-02-00093-ER<br>CV-02-00272-ER |
| MARISCO LTD, a Hawaii corporation, | |
| Plaintiff-counter-defendant - Appellee | **MANDATE** |
| v. | |
| MADEE, F/V, United States Coast Guard Document No. D546488, In Rem, | |
| Defendant - Appellee | |
| KIRIBATI SEAFOOD CO. L.L.C., a foreign corporation, in personam, | |
| Defendant-counter-claimant - Appellant | |
| v. | |
| MARISCO CO. LTD., | |
| Defendant-third-party-plaintiff - Appellee | |
| v. | |
| KIRIBATI SEAFOOD CO. L.L.C., | |
| Third-party-defendant - | |

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 05 2008
DISTRICT OF HAWAII

| | |
|---|---|
| Appellant | |

| | |
|---|---|
| MARISCO LTD, a Hawaii corporation,<br><br>Plaintiff - Appellant,<br><br>INTERNATIONAL SEPCIALTY, INC., As Authorized Agents for National Casualty Co.,<br><br>Plaintiff - Appellee,<br><br>KIRIBATI SEAFOOD CO. L.L.C.,<br><br>Counter-claimant - Appellee,<br><br>v.<br><br>MADEE, F/V, United States Coast Guard Document No. D546488 In Rem; et al.,<br><br>Defendants - Appellees,<br><br>MARISCO CO. LTD.,<br><br>Counter-defendant - Appellant. | No. 05-16823<br><br>D.C. Nos. CV-02-00093-ER<br>         CV-02-00272-ER |

The judgment of this Court, entered 03/11/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Rhonda Roberts
Deputy Clerk