UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 • 0338

CLERK

OFFICIAL BUSINESS

Michael L. McAlpine
McAlpine & Cozad
701 S Peters St Ste 300
New Orleans, LA 70130

FIRST CLASS



$01.00⁰
MAY 22 2008
MAILED FROM ZIP CODE 96817

NIXIE          708   5E   1       25  05/27/08
            RETURN TO SENDER
            NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 96850497199              *0372-05444-22-41

Michael L. McAlpine
McAlpine & Cozad
701 S Peters St Ste 300
New Orleans, LA 70130

CV 02-93 DAE CV 02-272 DAE

**RECEIVED**
CLERK U.S. DISTRICT COURT

JUN 02 2008

DISTRICT OF HAWAII