UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 · 0338

CLERK

OFFICIAL BUSINESS

John R. Fitzgerald
McAlpine & Cozad
701 S Peters St Ste 300
New Orleans, LA 70130

FIRST CLASS



MAILED FROM ZIPCODE 96817
MAY 22 2008
$01.00⁰

NIXIE    706    5E 1    25    05/27/08

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 96850497199    *0372-05435-22-41

John R. Fitzgerald
McAlpine & Cozad
701 S Peters St Ste 300
New Orleans, LA 70130

CV 02-93 DAE CV 02-272 DAE



RECEIVED
CLERK U.S. DISTRICT COURT
JUN 02 2008
DISTRICT OF HAWAII