# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 02-00093DAE-LEK<br>CIVIL NO. 02-00272DAE-LEK<br>[CONSOLIDATED] |
| CASE NAME: | Marisco, Ltd., a Hawaii corporation vs. F/V Madee, et al.<br><br>International Specialty, Inc. Vs. Marisco Co., Ltd., et al. |
| ATTYS FOR PLA: | David Vann De Cordova<br>Michael L. McAlpine |
| ATTYS FOR DEFT: | Dennis M. Moran |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 06/16/2008 | TIME: | 9:37-9:46 |

COURT ACTION:  EP: Status Conference Re: 9th CCA Remand held.

Michael L. McAlpine and Dennis M. Moran participated by phone.

1. Non-jury trial on April 21, 2009 at 9:00 a.m. before DAE
2. Final Pretrial Conference on March 10, 2009 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by March 3, 2009
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by January 21, 2009
7. File Dispositive Motions by November 19, 2008
8a. File Motions in Limine by March 31, 2009
8b. File opposition memo to a Motion in Limine by April 7, 2009
11a. Plaintiff's Expert Witness Disclosures by October 20, 2008
11b. Defendant's Expert Witness Disclosures by November 19, 2008
12. Discovery deadline February 20, 2009
13. Settlement Conference set for **on call** before LEK
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A

| | |
|---|---|
| 21. | File Final witness list by March 31, 2009 |
| 24. | Exchange Exhibit and Demonstrative aids by March 24, 2009 |
| 25. | Stipulations re: Authenticity/Admissibility of Proposed Exhibits by March 31, 2009 |
| 26. | File objections to the Exhibits by April 7, 2009 |
| 28a. | File Deposition Excerpt Designations by March 31, 2009 |
| 28b. | File Deposition Counter Designations and Objections by April 7, 2009 |
| 29. | File Trial Brief by April 7, 2009 |
| 30. | File Findings of Fact & Conclusions of Law by April 7, 2009 |

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.

**Parties to meet and confer regarding remaining issues on remand. Simultaneous Statements regarding remaining issues due 7/31/2008.**


Submitted by: Warren N. Nakamura, Courtroom Manager




CIVIL NO. 02-00093DAE-LEK
CIVIL NO. 02-00272DAE-LEK
[CONSOLIDATED];
Marisco, Ltd., a Hawaii coporation vs. F/V Madee, et al.

International Specialty, Inc. Vs. Marisco Co., Ltd., et al.;
Rule 16 Scheduling Conference Minutes
06/16/2008