UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 - 0338

CLERK
OFFICIAL BUSINESS

Davor Z. Pevec
Pacific Tower Ste 2800
1001 Bishop St
Honolulu, HI 96813

[handwritten notation: "not at this address any longer"]

RETURN TO SENDER

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 - 0338

CLERK

OFFICIAL BUSINESS

NIXIE

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

not at this address any longer

Minute Entries

1:02-cv-00093-DAE-LEK Marisco, Ltd. v. Madee, F/V, et al

# U.S. District Court

## District of Hawaii

### Notice of Electronic Filing

The following transaction was entered on 6/16/2008 at 3:39 PM HST and filed on 6/16/2008

**Case Name:** Marisco, Ltd. v. Madee, F/V, et al
**Case Number:** 1:02-cv-93
**Filer:**
**Document Number:** 566

**Docket Text:**
EP: Status Conference Re: 9th CCA Remand held. Bench Trial set for 4/21/2009 09:00 AM before JUDGE DAVID ALAN EZRA. Final Pretrial Conference set for 3/10/2009 09:00 AM before JUDGE LESLIE E KOBAYASHI. Discovery due by 2/20/2009. Motions due by 11/19/2008.(Court Reporter Courtroom 7-No Record) (JUDGE LESLIE E KOBAYASHI)(wnn, )


**1:02-cv-93 Notice has been electronically mailed to:**

Richard B. Miller  rmiller@tpm-hawaii.com, ddavey@tpm-hawaii.com, jkelekolio@tpm-hawaii.com, knishimura@tpm-hawaii.com

Michael L. Freed  mfreed@tpm-hawaii.com, jkurihara@tpm-hawaii.com

Dennis M. Moran  dmoran@mwwlaw.net, laura@mwwlaw.net

**1:02-cv-93 Notice will not be electronically mailed to:**

John R. Fitzgerald
McAlpine & Cozad
365 Canal Street Suite 3180
New Orleans, LA 70130

Michael L. McAlpine
McAlpine & Cozad
365 Canal St Ste 3180
New Orleans, LA 70130

Harry McCue

CM/ECF-DC V3.2.1 (5/08) **LIVE**    https://ecf.hid.circ9.dcn/cgi-bin/Dispatch.pl?325634134914478

501 West Broadway Ste 1770
San Diego, CA 92101-8567

Davor Z. Pevec
Pacific Tower Ste 2800
1001 Bishop St
Honolulu, HI 96813

Donald C. Radcliff
Armbrecht Jackson LLP
P O Box 290
Mobile, AL 36601

Michael C. Siboni
Siboni Hamer Buchanan P A
307 Northwest Third Street
Ocala, FL 34475

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP deecfStamp_ID=1095854936 [Date=6/16/2008] [FileNumber=513965-0]
[2fecdf167d903ddde45b203a56de59bda531e31f981013d1a41b52d76e1f1d9a6fde
06a54e0b9e058795fb64e0de56ce1938f0e5eabe0b4e1682a3afe20f35d8]]

# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 02-00093DAE-LEK<br>CIVIL NO. 02-00272DAE-LEK<br>[CONSOLIDATED] |
| CASE NAME: | Marisco, Ltd., a Hawaii corporation vs. F/V Madee, et al.<br><br>International Specialty, Inc. Vs. Marisco Co., Ltd., et al. |
| ATTYS FOR PLA: | David Vann De Cordova<br>Michael L. McAlpine |
| ATTYS FOR DEFT: | Dennis M. Moran |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 06/16/2008 | TIME: | 9:37-9:46 |

COURT ACTION: EP: Status Conference Re: 9th CCA Remand held.

Michael L. McAlpine and Dennis M. Moran participated by phone.

1. Non-jury trial on April 21, 2009 at 9:00 a.m. before DAE
2. Final Pretrial Conference on March 10, 2009 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by March 3, 2009
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by January 21, 2009
7. File Dispositive Motions by November 19, 2008
8a. File Motions in Limine by March 31, 2009
8b. File opposition memo to a Motion in Limine by April 7, 2009
11a. Plaintiff's Expert Witness Disclosures by October 20, 2008
11b. Defendant's Expert Witness Disclosures by November 19, 2008
12. Discovery deadline February 20, 2009
13. Settlement Conference set for **on call** before LEK
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A

21. File Final witness list by March 31, 2009
24. Exchange Exhibit and Demonstrative aids by March 24, 2009
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by March 31, 2009
26. File objections to the Exhibits by April 7, 2009
28a. File Deposition Excerpt Designations by March 31, 2009
28b. File Deposition Counter Designations and Objections by April 7, 2009
29. File Trial Brief by April 7, 2009
30. File Findings of Fact & Conclusions of Law by April 7, 2009

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.

**Parties to meet and confer regarding remaining issues on remand. Simultaneous Statements regarding remaining issues due 7/31/2008.**


Submitted by: Warren N. Nakamura, Courtroom Manager


CIVIL NO. 02-00093DAE-LEK
CIVIL NO. 02-00272DAE-LEK
[CONSOLIDATED];
Marisco, Ltd., a Hawaii coporation vs. F/V Madee, et al.

International Specialty, Inc. Vs. Marisco Co., Ltd., et al.;
Rule 16 Scheduling Conference Minutes
06-16-2008