IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARISCO, LTD., a Hawaii corporation,<br><br>Plaintiff,<br><br>vs.<br><br>F/V MADEE, UNITED STATES COAST GUARD DOCUMENT NO. D546488, IN REM, ET AL.,<br><br>Defendants.<br>_______________________________ | ) | CIVIL NO. 02-00093 DAE-LEK |
| INTERNATIONAL SPECIALTY, INC. AS AUTHORIZED AGENTS FOR NATIONAL CASUALTY CO.,<br><br>Plaintiff,<br><br>vs.<br><br>MARISCO, LTD.,<br><br>Defendant .<br>_______________________________ | ) | CIVIL NO. 02-00272DAE-LEK |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on May 19, 2009, and served concurrently upon those counsel of record who are registered participants of CM/ECF, and served on May 20, 2009, by First Class Mail to the addresses of record for Harry McCue, Esq. and for Michael L. McAlpine, Esq. and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(c) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DENY MARISCO'S MOTION FOR STAY OF ENFORCEMENT OF JUDGMENT ENTERED JULY 8, 2005," docket entry number [604] in 1:02-cv-00093DAE-LEK, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, June 5, 2009.

UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

David Alan Ezra
United States District Judge

Marisco v. F/V Madee, et al., CV Nos. 02-00093 DAE-LEK and 02-00272 DAE-LEK (consolidated cases); ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION